

FILED
Sep 15 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ jenniferr   DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GABRIEL ILDEFONSO ABARCA,<br><br>        Defendant. | Case No.: '16 CR2078 MMA<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Sec. 841 – Possession with Intent to Distribute Cocaine (Felony) |

The United States Attorney charges:

    On or about August 17, 2016, within the Southern District of California, defendant Gabriel Ildefonso Abarca, did knowingly and intentionally possess with the intent to distribute cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841.

    DATED: September 15, 2016.

                                                  _[signature]_ for
                                                 LAURA E. DUFFY
                                                 United States Attorney

                                                 SHERRI W. HOBSON
                                                 Assistant U.S. Attorney