LAURA E. DUFFY
United States Attorney
SHERRI W. HOBSON
Assistant U.S. Attorney
California Bar No.: 142947
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6986
Email: Sherri.Hobson@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GABRIEL ILDEFONSO ABARCA,<br><br>    Defendant. | Case No.  16CR2078-MMA<br><br>NOTICE OF APPEARANCE |

      I, the undersigned attorney, enter my appearance as counsel in the above-captioned case.

      I, certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

      The following government attorney (who is admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4), should be listed as counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

      <u>Name</u>
      **AUSA Sherri Hobson**
      U.S. Attorney's Office, Southern District of California
      880 Front Street, Room 6293
      San Diego, CA 92101
      Email: Sherri.Hobson@usdoj.gov

1         representing United States of America, Plaintiff

2     Effective this date, the following attorney is no longer associated with this case and

3 should not receive any further Notices of Electronic Filings relating to activity in this case:

4         <u>Name</u>

5         **None**

6     Please call me if you have any questions about this notice.

7

8     DATED: October 20, 2016        Respectfully submitted,

9                                             LAURA E. DUFFY

10                                           United States Attorney

11                                           <u>s/ Sherri Hobson</u>

12                                           SHERRI W. HOBSON

13                                           Assistant U.S. Attorney

14                                           Attorneys for Plaintiff
United States of America

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, | |
| 8 | Plaintiff, | Criminal Case:  16CR2078-MMA |
| 9 | v. | |
| 10 | GABRIEL ILDEFONSO ABARCA, | CERTIFICATE OF SERVICE |
| 11 | Defendant. | |

IT IS HEREBY CERTIFIED that:

I am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the attached document on the parties by electronically filing this Notice of Appearance in case number 16CR2078-MMA with the Clerk of the District Court using its ECF System, which electronically notifies their counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2016.

    /s Sherri Hobson
SHERRI W. HOBSON
Assistant United States Attorney